IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REGINALD WARD, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| -vs- | ) No. _____ |
| | ) |
| CITY OF CHICAGO AND POLICE | ) *(jury demand)* |
| OFFICERS N.J. WEDSTER AND | ) FILED: MAY 5, 2008 |
| B.M. WESTCOTT, | ) 08CV2535 NF |
| | ) JUDGE GOTTSCHALL |
| *Defendants.* | ) MAGISTRATE JUDGE SCHENKIER |

# COMPLAINT

Plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Reginald Ward is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation. Plaintiff invokes the supplemental jurisdiction of this Court to assert an indemnification claim against the City and does not assert any federal claim against the municipality.

4. Defendants N.J. Wedster and B.M. Westcott were at all times relevant acting under color of their authority as a Chicago police officers; each is sued in his individual capacity.

5. On or about November 26, 2007, defendants Wedster and Westcott arrested plaintiff.

6. Defendants Wedster and Westcott did not have a lawful basis to arrest plaintiff.

7. As the direct and proximate result of the above described acts, plaintiff was held at the Cook County Jail until December 19, 2007 when all criminal charges against plaintiff were dismissed.

8. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor and against defendants in an amount in excess of forty six thousand dollars as compensatory damages.

*/s/ Kenneth N. Flaxman*

KENNETH N. FLAXMAN, #00339
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)

*attorney for plaintiff*