IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| REGINALD WARD,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF CHICAGO, et al.,<br><br>    Defendants. | No.  08 CV 02535<br><br>Judge Gottschall<br>Magistrate Judge Schenkier |

## NOTICE OF PRESENTMENT OF MOTION

To:   Kenneth Flaxman
      200 S. Michigan Ave.
      Suite 1240
      Chicago, IL 60604

On September 4, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan Gottschall or any Judge sitting in her stead in Room 2325 or the courtroom usually occupied by her in the U.S. District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached City of Chicago's Motion to Extend Time to Answer or Otherwise Plead.

                                        Respectfully submitted,

                                        __/s/ Myron Mackoff____
                                        Attorney for City of Chicago

Myron Mackoff
Richardson & Mackoff, Ltd.
407 S. Dearborn St., Suite 1310
Chicago, IL 60605
Tel. (312) 922-5236
Atty. Bar No 6225518